IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT, LLC, *trading as* BOARDAKAN RESTAURANT PARTNERS, L.P., and OCEANENTAL RESTAURANT, LLC, *trading as* OCEANENTAL PARTNERS, L.P., : Plaintiffs, : v. : ATLANTIC PIER ASSOCIATES, LLC, GORDON GROUP HOLDINGS, LLC, TAUBMAN CENTERS, INC., TAUBMAN COMPANY, LLC, TRG THE PIER, LLC, and TAUBMAN REALTY GROUP LIMITED PARTNERSHIP, : Defendants. | CIVIL ACTION NO. 11-5676 |

### ORDER

**AND NOW**, this 27th day of August 2012, upon consideration Plaintiffs' Motion to Remand (Doc. No. 16), the Response in Opposition of Defendants Taubman Company, LLC, Taubman Realty Group Limited Partnership, Taubman Centers, Inc., and TRG The Pier, LLC filed a Response to Plaintiffs' Motion to Remand, (Doc. No. 24), the Joinder Response of Defendants Atlantic Pier Associates, LLC and Gordon Group Holdings, LLC (Doc. Nos. 25-26), Plaintiff's Omnibus Reply (Doc. No. 27), and the Sur-Reply of Defendants Taubman Company, LLC, Taubman Realty Group Limited Partnership, Taubman Centers, Inc., and TRG The Pier, LLC (Doc. Nos. 32, 42), it is **ORDERED** that the Motion to Remand (Doc. No. 16) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.