IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT LLC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC PIER ASSOCIATES, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 11-5676 |

## **ORDER**

**AND NOW**, this 2nd day of October 2013, upon consideration of Defendants' Joint Motion for Reconsideration (Doc. Nos. 12, 18, 19), Plaintiffs' Opposition (Doc. No. 53), Defendants' Reply (Doc. No. 58), Defendants' Motions to Dismiss (Doc. Nos. 17, 20, 22), Plaintiffs' Opposition (Doc. No. 52), Defendants' Replies (Doc. Nos. 56, 59), the arguments of all counsel at the hearing held February 1, 2013, all supplemental briefing (Doc. Nos. 73, 74, 75, 76, 77), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Reconsideration (Doc. Nos. 12, 18, 19) is **DENIED**.
2. Defendants' Motions to Dismiss (Doc. Nos. 17, 20, 22) are **DENIED**.
3. Defendants are **ORDERED** to file an Answer to the Amended Complaint within twenty days of the date of this Order.
4. The Clerk of Court shall **REMOVE** this case from the suspense docket and place it on the trial docket.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.