IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC PIER ASSOCIATES, LLC., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 11-5676 |

### ORDER

**AND NOW**, this 17th day of July 2014, upon consideration of Taubman Defendants' Motion for Determination of Measure of Damages Under the "Direct Product" Rule (Doc. No. 125), Plaintiffs' Response (Doc. No. 132), Taubman Defendants' Reply (Doc. No. 134), the arguments of counsel at the hearing held on July 1, 2014, and in accordance with the Opinion issued this day, it is **ORDERED** that Taubman Defendants' Motion for Determination of Measure of Damages Under the "Direct Product" Rule (Doc. No. 125) is **GRANTED** only in accordance with the determination of the Court in the Opinion issued this day.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.