IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ATLANTIC PIER ASSOCIATES, LLC., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 11-5676 |

# ORDER

**AND NOW**, this 15th day of August 2014, upon consideration of the Taubman Defendants' Motion to Strike Plaintiffs' Jury Demand (Doc. No. 88), Plaintiffs' Response (Doc. No. 90), Defendants' Reply (Doc. No. 92), arguments of counsel during the March 17, 2014 hearing, and in accordance with the Opinion issued this day, it is **ORDERED** that the Taubman Defendants' Motion to Strike Plaintiffs' Jury Demand (Doc. No. 88) is **GRANTED**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Although Plaintiffs waived their right to a jury trial, the Court is nevertheless considering impanelling an advisory jury pursuant to Fed. R. Civ. P. 39. See Fed. R. Civ. P. 39 ("In an action not triable of right by a jury, the court, on motion or on its own may try any issue with an advisory jury. . . .")