IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON GROUP HOLDINGS, LLC, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 11-5676 |

### ORDER

**AND NOW**, this 31st day of July 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 204); Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 205); Defendants' Response in Opposition to Plaintiffs' Motion (Doc. No. 207); Plaintiffs' Response in Opposition to Defendants' Motion (Doc. No. 209); Plaintiffs' Reply in Further Support of their Motion (Doc. No. 212); the arguments of counsel for parties at the hearing held on May 20, 2015 on the cross-motions for summary judgment; and the pleadings, deposition transcripts, and exhibits on file; and for reasons stated in the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 204) is **DENIED**.

2. Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 205) is **DENIED**.

3. Plaintiffs' civil conspiracy claim asserted in Count III of the Second Amended Complaint is **DISMISSED**.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.