IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARDAKAN RESTAURANT LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON GROUP HOLDINGS, LLC, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 11-5676 |

# ORDER

**AND NOW**, this 24th day of October 2016, in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Judgment is entered in favor of Defendants Gordon Group Holdings, LLC, Pier Developers, Inc., Sheldon Gordon, Scott Gordon, and Peter J. Fine and against Plaintiffs Boardakan Restaurant LLC, and Oceanental Restaurant, LLC on Count I (Fraud).

2. Judgment is entered in favor of Defendants Gordon Group Holdings, LLC, Pier Developers, Inc., Sheldon Gordon, Scott Gordon, and Peter J. Fine and against Plaintiffs Boardakan Restaurant LLC, and Oceanental Restaurant, LLC on Count II (Negligent Misrepresentation).

3. Judgment is entered in favor of Defendants Gordon Group Holdings, LLC, Pier Developers, Inc., Sheldon Gordon, Scott Gordon, and Peter J. Fine and against Plaintiffs Boardakan Restaurant LLC, and Oceanental Restaurant, LLC on Count IV (Promissory Estoppel).

4. Judgment is entered in favor of Defendants Gordon Group Holdings, LLC, Pier Developers, Inc., Sheldon Gordon, Scott Gordon, and Peter J. Fine and against Plaintiffs Boardakan Restaurant LLC, and Oceanental Restaurant, LLC on Count V (Alter Ego).

It is **FURTHER ORDERED** that the Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.